918

No. 97–5449. EAST v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–5455. SIVÁK v. IDAHO ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 97–5457. ELDER v. NEW JERSEY TRANSIT CORP. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–5459. BENDER v. MESSER ET AL. Sup. Ct. N. D. Certiorari denied.

No. 97–5466. MAUS v. SMITH ET AL. Ct. App. Wis. Certiorari denied.

No. 97–5467. MYERS v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5468. WRIGHT, AKA EL MUHAMMAD v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–5478. TICHENOR v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 97–5479. HART v. WILSON, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5481. ENGLISH v. REDMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–5488. LEON v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5497. SHOCKLEY v. KEARNEY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5502. CHRISTY v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 97–5510. HILL v. MAXWELL ET AL. Ct. App. Minn. Certiorari denied.

No. 97–5512. EDDINGTON v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.